**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1672

WILLENA ANDREWS,

       Plaintiff - Appellant,

    v.

THE MICHAELS COMPANIES, INC., MICHAELS ARTS AND CRAFT STORE,

       Defendant - Appellee.

No. 25-1673

WILLENA ANDREWS,

       Plaintiff - Appellee,

    v.

THE MICHAELS COMPANIES, INC., MICHAELS ARTS AND CRAFT STORE,

       Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00632-DJN)

Submitted:  October 30, 2025                    Decided:  November 4, 2025

2

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

No. 25-1672, affirmed and No. 25-1673, dismissed by unpublished per curiam opinion.

Willena Andrews, Appellant Pro Se.  Lawrence Alexis Dunn, MCCANDLISH HOLTON, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In appeal No. 25-1672, Willena Andrews appeals the district court's order dismissing her second amended civil complaint against The Michaels Companies, Inc. ("Michaels") for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Andrews v. The Michaels Cos.*, No. 3:24-cv-00632-DJN (E.D. Va. Apr. 29, 2025).

In appeal No. 25-1673, Michaels appeals the district court's determination in a previous order that Andrews's operative complaint was not barred by the statute of limitations. Because we affirm the district court's dismissal of Andrews's complaint for failure to state a claim, we dismiss Michaels's cross appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*No. 25-1672, AFFIRMED;*
*No. 25-1673, DISMISSED*

3